ORIGINAL

FILED
AUG 25 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LABATT FOOD SERVICE, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | No. 08-597 C |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| DEFENDANT. | § | |

MOTION FOR LEAVE TO FILE UNDER SEAL

Labatt Food Service, Inc., Plaintiff in the above styled matter, hereby submits this motion for leave to file its Verified Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction related materials under seal pursuant to Appendix C, (III)(4) of the Local Rules of this Court. This matter comes before the Court after proceedings at the Government Accountability Office wherein the GAO issued its own protective order. Furthermore, it is anticipated that the filings in this case will contain confidential commercial information. In order to maintain the integrity of GAO's order and to protect such information, Plaintiff respectfully requests that this Motion be granted.

Dated: August 22, 2008

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

Of Counsel:
BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorneys for Plaintiff
Labatt Food Service, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Leave to File Under Seal has been caused to be delivered by Overnight Delivery to the following this 22nd day of August, 2008, by the undersigned.

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express #: 8652 0945 3040**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express # 8652 0945 3029**

Ms. Debbie Holman
Defense Logistics Agency
Defense Supply Center Philadelphia
700 Robbins, Bldg. 6
Philadelphia, PA 19111-5092
**Federal Express #: 8652 0945 3073**

JOHNATHAN M. BAILEY