ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
AUG 25 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABATT FOOD SERVICE, INC. | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| vs. | § | No. 08-597 C |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| DEFENDANT. | § | |

MOTION FOR A PROTECTIVE ORDER

Plaintiff, Labatt Food Service, Inc., ["Labatt"] moves that the Court enter a Protective Order pursuant to Appendix C, paragraph 17 in the Rules of the United States Court of Federal Claims, Plaintiff respectfully requests this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in proposed Protective Order.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. This matter comes before the Court after proceedings at the Government Accountability Office wherein the GAO issued its own protective order. In order to maintain the integrity of GAO's order and to protect such information, Plaintiff respectfully requests that this Motion be granted. Because Plaintiff anticipates that the administrative record will contain protected materials, in order to safeguard the competitive process, Plaintiff request that all filings be under seal in this case.

For the foregoing reasons, Plaintiff respectfully requests that this Court issue a Protective Order substantially in the form of Form 8 contained in the Local Rules of this Court, a copy of which is attached.

Dated: August 22, 2008

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

Of Counsel:
BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorneys for Plaintiff
Labatt Food Service, Inc.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for a Protective Order has been caused to be delivered by Overnight Delivery to the following this 22nd day of August, 2008, by the undersigned.

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express #: 8652 0945 3040**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express # 8652 0945 3029**

Ms. Debbie Holman
Defense Logistics Agency
Defense Supply Center Philadelphia
700 Robbins, Bldg. 6
Philadelphia, PA 19111-5092
**Federal Express #: 8652 0945 3073**

JOHNATHAN M. BAILEY