ORIGINAL

FILED
AUG 25 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LABATT FOOD SERVICE, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | No. 08-597 C |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA. | § | |
| | § | |
| DEFENDANT. | § | |

APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Labatt Food Service, Inc., ["Labatt"] moves that the Court enter an Order enjoining Defendant, the United States of America, acting through its agent Ms. Debbie Holman, Contracting Officer, Defense Supply Center Philadelphia, Directorate of Subsistence, Building 6, 700 Robbins Avenue, Philadelphia, Pennsylvania, 19111-5092, from taking any action to proceed an award of a contract on Solicitation Number SPM300-06-R-0063 pending the resolution of this matter.

The grounds of this motion as more fully set forth in the verified Complaint and supporting memorandum, are as follows:

1. Defendant, unless enjoined, will proceed with award of a contract under Solicitation No. SPM300-06-R-0063 in violation of FAR §§ 52.215-1(c)(1) & 15.208(b)(1).

2. Plaintiff is likely to succeed on the merits in this action and to obtain the preliminary and permanent relief prayed for in the complaint, since Defendant has no

authority to consider offers that have been withdrawn because proposal revisions were submitted by unauthorized means.

3. Unless Defendant is restrained pending a hearing on Plaintiff's motion for preliminary injunction, the injury to Plaintiff in the interim will be irreparable even by final judgment for Plaintiff, since there is no cause of action for monetary relief;

4. No injury will be sustained by Defendant or by the public through issuance of a temporary restraining order, as Defendant can continue to obtain necessary services from existing sources as it has done during the pendency of this procurement;

5. Plaintiff has no adequate remedy at law.

6. Temporary restraining order will serve the public interest in that it will effectuate public policy as expressed in the Competition in Contracting Act.

7. At present there is no apparent offeror.

WHEREFORE, Plaintiff respectfully requests that this Application for Temporary Restraining order be granted.

Dated: August 22, 2008

Respectfully Submitted,

Johnathan M. Bailey
SBN 24000009

Of Counsel:
BAILEY & BAILEY, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611
Telephone: (210) 225-7747
Facsimile: (210) 225-8246

Attorneys for Plaintiff
LABATT FOOD SERVICE, INC.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Application for Temporary Restraining Order has been caused to be delivered by Overnight Delivery to the following this 22nd day of August, 2008, by the undersigned.

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express #: 8652 0945 3040**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Federal Express # 8652 0945 3029**

Ms. Debbie Holman
Defense Logistics Agency
Defense Supply Center Philadelphia
700 Robbins, Bldg. 6
Philadelphia, PA 19111-5092
**Federal Express #: 8652 0945 3073**

JOHNATHAN M. BAILEY