IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABATT FOOD SERVICE, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-597C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Steven M. Mager, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-2377
Facsimile: (202) 305-7643
E-mail: Steven.Mager@usdoj.gov

Dated: August 26, 2008

**CERTIFICATE OF FILING**

______I hereby certify that on August 26, 2008 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager