IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABATT FOOD SERVICE, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-597C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE UNDER SEAL**

The Government respectfully requests that the Court grant the plaintiff's motion to file its Verified Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Application For Temporary Restraining Order and Motion for Preliminary Injunction under seal, pursuant to Appendix C, III(4) of the Rule of the United States Court of Federal Claims ("RCFC"). Further, to the extent that such documents have been posted without seal in the Court's Case Management/Electronic Case Files ("CM/ECF") system,[1] we respectfully request that the documents be refiled under seal.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

[1] The Government has not been served with any of the plaintiff's filings, in accordance with the requirements of RCFC Appendix C, paragraph 10. Accordingly, we are unable to determine if plaintiff's motion to file under seal refers to those documents posted to the CM/ECF system, or to different documents. We have contacted plaintiff to obtain copies of all documents.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

August 26, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

______I hereby certify that on August 26, 2008 a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager