# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**LABATT FOOD SERVICE, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-597C**
**Filed: August 26, 2008**

## O R D E R

The court received a bid protest in the above-captioned case late yesterday in which plaintiff requested a TRO and a preliminary injunction. The court, therefore, **SCHEDULES** a hearing on the protest for **Wednesday, August 27, 2008, 2:30 p.m. EDT**. The parties may appear by telephone for the hearing. Unless otherwise notified, the court will contact plaintiff's counsel at (210) 225-7747, and defendant's counsel at (202) 616-2377. The parties shall consult prior to the hearing and be prepared to discuss the issues, and to propose to the court how to proceed in the case, accompanied by a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**