# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **LABATT FOOD SERVICE, INC.,** * | |
| **Plaintiff,** * | **No. 08-597C** |
| **v.** * | **Filed: August 27, 2008** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a hearing in the above-captioned case on the plaintiff's request for a temporary restraining order and preliminary injunction, with the parties appearing by telephone. As discussed at the hearing, on or before **Friday, August 29, 2008**, defendant shall file supplemental materials to the exhibits previously filed by plaintiff with its complaint, to constitute the administrative record. On or before **Tuesday, September 2, 2008, 5:00 p.m. EDT**, defendant shall file its response to the plaintiff's complaint and the plaintiff's brief in support of its request for injunctive relief. On or before **Thursday, September 4, 2008, 5:00 p.m. EDT**, plaintiff may file a reply brief. Thereafter, the court will set a conference to deliver an opinion. The government has agreed not to award a contract before September 17, 2008, in order to allow for orderly litigation and because the current contract was extended prior to the protest until December 23, 2008.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**