# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**LABATT FOOD SERVICE, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-597C**
**Filed: September 12, 2008**

## O R D E R

As agreed to by the parties, the court **SCHEDULES** a hearing in the above-captioned case for **Wednesday, September 17, 2008, 3:30 p.m. EDT**. The parties may appear by telephone for the hearing. Unless otherwise notified, the court will contact plaintiff's counsel at (210) 225-7747, defendant's counsel at (202) 616-2377, and agency counsel at (215) 737-0829. The court intends to issue a ruling on the bid protest.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**